# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE BREWER, et al | : | CIVIL ACTION |
| v. | : | |
| SMITHKLINE BEACHAM CORPORATION d/b/a GLAXOSMITHKLINE | : | NO. 10-4443 |

## ORDER

**AND NOW**, this 24th day of March, 2011, upon consideration of the Plaintiffs' Motion to Remand (Document No. 14), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.